NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1089


RHONDA JEAN HERNANDEZ

VERSUS

RANDY JAMES THERIOT


**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 78,372
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

**********

PER CURIUM

**********

Court composed of Arthur J. Planchard, Judge Pro Tempore, Billie Colombaro
Woodard and Elizabeth A. Pickett, Judges.

APPEAL DISMISSED.


R. Michael Moity Jr.
114 W. Washington St.
New Iberia, LA 70560
Counsel for: Defendant-Appellant
        Randy James Theriot

Alicia Johnson Butler
P.O. Box 9097
New Iberia, LA  70562
Counsel for: Plaintiff-Appellee
        Rhonda Jean Hernandez

PER CURIUM

For the reasons set forth in the companion case hereto, Hernandez v. Theriot, 03-1088 (La.App. 3 Cir. ___/___/04), ___ So.2d ___, this appeal is dismissed at Appellant's cost.

APPEAL DISMISSED.